UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DEANGELO CRAWFORD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:16 CV 1044 RWS |
| | ) | |
| IAN WALLACE, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on the First Amended Petition for Writ of Habeas Corpus filed by Petitioner Deangelo Crawford. I referred this matter to United States Magistrate Judge Noelle C. Collins for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On May 8, 2019, Judge Collins filed her recommendation that I should transfer this matter to the Court of Appeals for the Eighth Circuit because Crawford's petition is successive, and I therefore do not have jurisdiction to consider it. See 28 U.S.C. § 2244(b)(3); 28 U.S.C. § 1631.

Objections to the Report and Recommendation were due to be filed by May 22, 2019. As of the date of this order, Crawford has not filed any objection to the Report and Recommendation. After careful consideration, I will adopt and sustain the thorough reasoning of Judge Collins's Report and Recommendation,

and I will order that this matter be transferred to the Eighth Circuit.

Accordingly,

**IT IS HEREBY ORDERED that** Judge Collins's Report and Recommendation filed on May 22, 2019 is adopted and sustained in its entirety.

**IT IS FURTHER ORDERED that** Crawford's original petition for a writ of habeas corpus [ECF No. 1] is **DENIED** as moot.

**IT IS FURTHER ORDERED that** this action is **TRANSFERRED** to the Court of Appeals for the Eighth Circuit.

                                                  RODNEY W. SIPPEL
                                                  UNITED STATES DISTRICT JUDGE

Dated this 23rd day of September, 2019.